

NUMBER 13-12-000340-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE INTEREST OF A.R., A.B.R., A.L.A., A.L.A., A.J.R., CHILDREN

On Appeal from the 430th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Vela
### Memorandum Opinion Per Curiam

Appellant, S.R.[1], perfected an appeal from a judgment entered by the 430th District Court of Hidalgo County, Texas, in cause number CW-034-11-J. On June 26, 2012, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on May 29, 2012, and that the deputy district clerk, Aida Villarreal, had

---

[1] In appeals from cases involving the termination of parental rights, the rules of appellate procedure require the use of an alias to refer to a minor, "and if necessary to protect the minor's identity, to the minor's parent or other family member." Tex. R. App. P. 9.8.

notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this Court's notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).


PER CURIAM

Delivered and filed the
19th day of July, 2012.

2